

**Mintzer Sarowitz**
**Zeris Ledva & Meyers** LLP

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2007

25 Newbridge Road, Suite 200
Hicksville, NY 11801
Tel: 516.939.9200
Fax: 516.939.9201
www.defensecounsel.com

E-mail: blevien@defensecounsel.com

File No. 003772.000019

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

July 18, 2007     MEMO ENDORSED

**VIA FAX TRANSMISSION [(212) 805-0426]**
Honorable Laura Taylor Swain, USDJ
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

*IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.*

**RE:  MAUREEN FRASE v. JC PENNEY CORPORATION INC. AND FISHER
DEVELOPMENT, INC.**
**Docket No:            07-CV-5934**
**Our File Number:      003772.000019**

Dear Judge Swain:

We represent defendant J.C. Penney in the above matter. In accordance with our conversation with Tyler Friedman of Your Honor's Chambers, we respectfully request adjournment of the Conference scheduled in this case for July 23, 2007. As a result of some confusion by this office regarding the appearance of the co-defendant and the scheduling of the Initial Conference herein, the parties have not yet held a Planning Conference amongst themselves nor have the parties completed or filed a Preliminary Pre-Trial Statement.

Simultaneously herewith, the undersigned is transmitting this Court's Initial Conference Order to opposing counsel. The undersigned respectfully requests that the Pre-Trial Conference in this case be adjourned to a date convenient for the Court and that the parties' deadline for conducting a Rule 26 Conference and submitting a Preliminary Pre-Trial Statement be extended until seven (7) days prior to the new Conference date.

Thanking the Court for its time and attention to this matter, I remain,

Very truly yours,

BRADLEY J. LEVIEN
(BL-0503)

BJL/js

*The conference is adjourned to August 21, 2007 at 3:00pm and the related deadlines are modified accordingly.*

SO ORDERED.

LAURA TAYLOR SWAIN   7/18/2007
UNITED STATES DISTRICT JUDGE