FRASE –v- J.C.PENNEY CORPORATION, INC., ET ANO.

DOCKET # 07-CV-5934

**CERTIFICATION OF SERVICE**

BRADLEY J. LEVIEN, an attorney duly admitted to practice law before the this Court, certifies as follows:

1. I am associated with MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, attorneys for the Defendant J.C. Penney in the within proceeding.

2. On July 20, 2007 I transmitted a copy of the Court's July 18, 2007 Order to all opposing counsel via facsimile as directed by said Order.

3. Attached is a copyu of the fax cover sheet with confirmation pages indicating receipt by both counsel.

Dated: Hicksville, New York
       July 23, 2007

BRADLEY J. LEVIEN
BL-0503