

**Mintzer Sarowitz
Zeris Ledva & Meyers** LLP

ATTORNEYS AT LAW

25 Newbridge Road, Suite 200
Hicksville, NY 11801
Tel: 516.939.9200
Fax: 516.939.9201
www.defensecounsel.com

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

651 Holiday Drive
Foster Plaza 5, Suite 300
Pittsburgh, PA 15220
Tel: 412.928.0502

## FACSIMILE TRANSMITTAL SHEET

DATE: 7/20

TO: Dauman, Kunkis & Ocasio _ Rousks / Law Office of John Humphreys

FROM: Bradley Levien

RE: Frase

FAX NUMBER: 212-564-2841 / 917-778-7048

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Counselors, Enclosed please find an Order adjourning the Conference herein to 8/21/07

BJL

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION
PLEASE CONTACT THE SENDER AT THE ABOVE PHONE NUMBER

CONFIDENTIALITY NOTICE

This telecopier message and the information contained in it are intended only for the use of the individual of entity to which it is addressed, and may contain information that is privileged confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, of the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 07/20/2007 09:09
NAME  :
FAX   :
TEL   :
```

```
DATE,TIME        07/20 09:07
FAX NO./NAME     912125642841
DURATION         00:02:01
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```



**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

25 Newbridge Road, Suite 200
Hicksville, NY 11801
Tel: 516.939.9200
Fax: 516.939.9201
www.defensecounsel.com

128 Walnut Street
2nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

1070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

9 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

651 Holiday Drive
Foster Plaza 5, Suite 300
Pittsburgh, PA 15220
Tel: 412.928.0502

## FACSIMILE TRANSMITTAL SHEET

DATE: 7/20

TO: Dauman, Kuskis & Ocasio - Douglas / Law Office of John Humphreys

FROM: Bradley Levien

RE: Frase

FAX NUMBER: 212-564-2841 / 917-778-7048

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Counselors, Enclosed please find an Order adjourning the Conference herein to 8/21/07

BJL

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION
PLEASE CONTACT THE SENDER AT THE ABOVE PHONE NUMBER

```
TRANSMISSION VERIFICATION REPORT

                                        TIME  : 07/20/2007 11:36
                                        NAME  :
                                        FAX   :
                                        TEL   :


DATE,TIME              07/20 11:34
FAX NO./NAME           919177787048
DURATION               00:01:12
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```



**Mintzer Sarowitz Zeris Ledva & Meyers LLP**
ATTORNEYS AT LAW

25 Newbridge Road, Suite 200
Hicksville, NY 11801
Tel: 516.939.9200
Fax: 516.939.9201
www.defensecounsel.com

1528 Walnut Street
22nd Floor
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

25 Newbridge Road
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Tel: 305.774.9966

651 Holiday Drive
Foster Plaza 5, Suite 300
Pittsburgh, PA 15220
Tel: 412.928.0502

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| DATE: | 7/20 |
| TO: | Bauman, Kuskis & Ocasio - Douglas / Law Office of John Humphreys |
| FROM: | Bradley Levien |
| RE: | Frase |
| FAX NUMBER: | 212-564-2841 / 917-778-7048 |
| NUMBER OF PAGES INCLUDING COVER SHEET: | 2 |
| COMMENTS: | Counselors Enclosed please find an Order adjourning the Conference herein to 8/21/07  BJL |

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION
PLEASE CONTACT THE SENDER AT THE ABOVE PHONE NUMBER

CONFIDENTIALITY NOTICE