UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MAUREEN FRASE,

                        Plaintiff,        Docket No. 07 CV 5934

         -against-                  NOTICE OF APPEARANCE

J.C. PENNEY CORPORATION, INC. AND
FISHER DEVELOPMENT, INC.,

                       Defendants.
------------------------------------------X

To:  Honorable Laura Taylor Swain, USDJ
     United States District Court
     Southern of New York
     500 Pearl Street
     New York, New York 10007

    **PLEASE TAKE NOTICE**, that Ernest N. Reece, Esq., of the firm of Bauman, Kunkis & Ocasio-Douglas, P.C., has been retained as trial counsel to the firm of Siben & Siben, LLP, and is now the attorney handling the above set forth action at the firm of Bauman, Kunkis & Ocasio-Douglas, P.C. His e-mail address is ereece@bkodlaw.com.

    **PLEASE TAKE FURTHER NOTICE**, that all future inquiries, pleadings, correspondence should be sent to the attention of Ernest N. Reece, Esq., 14 Penn Plaza, Suite 2208, New York, New York 10122 and all notices should be electronically mailed to and pocasiodouglas@bkodlaw.com.

Dated:    New York, New York
          July 27, 2007

                      YOURS, ETC.
                      BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C.

                      BY: _____
                      ERNEST N. REECE, ESQ. (ER 1768)
                      Attorneys for Plaintiff(s)
                      14 Penn Plaza, Suite 2208
                      New York, NY 10122
                      212-564-3555

TO: TO:  Law Office of John P. Humphreys
Attorneys for Defendant(s)
FISHER DEVELOPMENT, INC.
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600

Mintzer, Sarowitz, Zeris, Ledva & Meyers
Attorneys for Defendant(s)
J.C. PENNEY CORPORATION, INC.
39 Broadway - Suite 950
New York, New York 10006
(212) 968-8300