UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAUREEN FRASE,

                        Plaintiff,

          Docket #:07 CV 5934

    -against-

          NOTICE OF
J.C. PENNEY CORPORATION, INC. and          APPEARANCE
FISHER DEVELOPMENT, INC.,

                        Defendants.
-------------------------------------------------------------------X

TO:    Honorable Laura Taylor Swain, USDJ
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York  10007

      PLEASE TAKE NOTICE, that Allen H. Gueldenzopf, Esq. of the Law Office of John P. Humphreys, has been retained as trial counsel for Fisher Development, Inc., and is now the attorney handling the above set forth action at the Law Office of John P. Humphreys.  His e-mail address is aguelden@travelers.com.

      PLEASE TAKE FURTHER NOTICE, that all future inquiries, pleadings correspondence should be sent to the attention of Allen H. Gueldenzopf, Esq. Law Office of John P. Humphreys, 485 Lexington Avenue, 7th Floor, New York, New York 10017 and all notices should be electronically mailed to him at aguelden@travelers.com.

Dated:      New York, New York
             August 7, 2007

                                   Yours, etc.,

                                  _____
                                  BY:  ALLEN H. GUELDENZOPF
                                  LAW OFFICE OF JOHN P. HUMPHREYS
                                  Attorneys for Defendant
                                  FISHER DEVELOPMENT, INC.
                                  Office & P.O. Address
                                  485 Lexington Avenue - 7th Floor
                                  New York, New York 10017
                                  (917) 778-6600

TO:

Ernest N. Reece, Esq.
BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C.
Attorneys for Plaintiff
225 West 34th Street
New York, New York  10122
(212) 564-3555

Bradley J. Levien, Esq.
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP
Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.
39 Broadway, Suite 950
New York, New York  10006
(212) 968-8300