UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MAUREEN FRASE,

                           Plaintiff,

                           Docket #:07 CV 5934

    -against-

J.C. PENNEY CORPORATION, INC. and     DISCLOSURE STATEMENT
FISHER DEVELOPMENT, INC.,

                           Defendants.
------------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR FISHER DEVELOPMENT, INC., (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

        NONE

Dated:     New York, New York
            August 10, 2007

                         Respectfully,

                         _____
                         Allen H. Gueldenzopf  (AG0205)
                         LAW OFFICE OF JOHN P. HUMPHREYS
                         Attorneys for Defendant
                         Fisher Development, Inc.
                         485 Lexington Avenue, 7th floor
                         New York, New York 10017
                         Telephone: (917) 778-6600

TO:

Ernest N. Reece, Esq.
BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C.
Attorneys for Plaintiff
225 West 34th Street
New York, New York  10122
(212) 564-3555

Bradley J. Levien, Esq.
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP
Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.
39 Broadway, Suite 950
New York, New York  10006
(212) 968-8300